```
RECEIPT # _____
AMOUNT $  150 ⁰⁰
SUMMONS ISSUED  N/A
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK.  m
DATE        11-24-03
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMORO EFETIE,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | CIVIL ACTION<br>NO.<br><br>03 12367 PBS<br><br>MAGISTRATE JUDGE _Alexander_<br><br>Formerly:<br>Roxbury District Court<br>Docket No. 0302-SC-0590 |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to 28 U.S.C. §§ 1441, 1442, and 1446, defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby gives notice of its removal of this lawsuit to the United States District Court for the District of Massachusetts. As grounds for removal, defendant states as follows:

1.  Emoro Efetie, the pro se plaintiff, filed this action in the Small Claims Division of the Roxbury District Court for the Commonwealth of Massachusetts on or about October 16, 2003 entitled <u>Emoro Efetie v. Michael Higgins, United States Postal Service</u>, Docket No. 0302-SC-0590[1].

2.  This action is removable to the United States District

---

[1] Since this claim falls under 28 U.S.C. § 2679, the Federal Tort Claims Act, the United States of America is the only proper party and the caption for removal reflects this requirement. In so doing, the defendant does not waive any rights under Rule 12(b) for plaintiff's failure to name the proper party.

Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1441, 1442, and 1446. Section 1441 provides for the removal of any action brought in State Court of which the United States District Court has original jurisdiction, including but not limited to, actions founded on claims arising under any law of the United States. Plaintiff alleges claims under the Federal Tort Claims Act arising out of loss of property through the United States Postal Service.

    3. The removal of this action is timely under the provisions of 28 U.S.C. § 1446(b), as plaintiff has failed to make service of the summons and complaint in accordance with 28 U.S.C. § 2410(b) and Fed. R. Civ. P. 4(i). See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999) (removal period begins only upon service of summons and complaint). To date, service of the complaint has not been made on the United States Attorney for the District of Massachusetts or the Attorney General of the United States.

4. Copies of all pleadings received by the Defendant United States are attached hereto.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney

*/s/ Christopher R. Donato*
Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3303

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this day service of the foregoing Notice of Removal to United States District Court for the District of Massachusetts has been made upon the following by depositing a copy in the United States mail, postage prepaid to:

Emoro Efetie
80 Walnut Ave, #9
Roxbury, MA 02119

*/s/ Christopher R. Donato*
Christopher R. Donato
Assistant U.S. Attorney

Dated: November 24, 2003

NEXT EV... | DOCKET NUMBER 200302SC000590 | Court of Massachusetts District Court Department 

IORO EFETIE vs. MICHAEL HIGGINS

| PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED | CURRENT COURT |
|---|---|
| D02 MANAGER CUSTOMER SERVICES OPERATIONS AREA III<br>UNITED STATES POSTAL SERVICE<br>25 DORCHESTER AVE., ROOM 4007<br>BOSTON, MA 02205<br>(617) 654-5465 | Boston Municipal Court, Roxbury Div.<br>85 Warren Street<br>Roxbury, MA 02119-3294<br>(617) 427-7000 |

ATTORNEY FOR PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED

MAGISTRATE TRIAL SCHEDULED for 02/18/2004 02:00 PM.

ROOM/SESSION

←←←←← WHEN YOU MUST APPEAR ←←←←←

## TO THE PARTIES TO THIS CASE:

The nature, date and time of the next scheduled event concerning this case is indicated above.

**You are required to be present at this event.**

If this next event is occurring in a Small Claims case, and you have good reason to request the Court to reschedule this event for another date, you should immediately contact the opposing party(ies) and request their consent to your request. You should then promptly write the Clerk-Magistrate, indicating the reason for your request and whether or not the other party(ies) has consented. Please note that the granting of a continuance is not automatic even when all the parties agree.

If this next event is occurring in any case type other than Small Claims, and you have good reason to request the court to reschedule this event for another date, such request must be made by motion in accordance with the applicable court rule.

Addtional Comments (if any):

| DATE ISSUED | CLERK-MAGISTRATE/ASST. CLERK | |
|---|---|---|
| 10/20/2003 | X | |

Date/Time Printed: 10/20/2003 09:26 AM

NO. 594   P.3/5

NOV. 19. 2003  11:11AM

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

**Court of Massachusetts Small Claims Session**

Docket No.: 0302SC0590

- [ ] BOSTON MUNICIPAL COURT
- [x] DISTRICT COURT — ROXBURY Division
- [ ] HOUSING COURT

**PART 1**

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**
EMORO EFETIE
80 WALNUT AVE #9
ROXBURY, MA 02119
PHONE NO: (617) 541-2949

**PLAINTIFF'S ATTORNEY (if any)**
Name:
Address:

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**
MICHAEL HIGGINS
UNITED STATES POSTAL SERVICE
55 ROXBURY ST, ROXBURY, MA 02119
PHONE NO: (617) 427-4898

**ADDITIONAL DEFENDANT (if any)**
Name: MANAGER, CUSTOMER SERVICE OPERATIONS, AREA III
Address: UNITED STATES POSTAL SERVICE, 25 DORCHESTER AVE RM 400, BOSTON, MA 02205-9300
PHONE NO: (617) 654-5468

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $1640.00 plus $40.00 court costs for the following reasons. Give the date of the event that is the basis of your claim.

On July 3rd, 2003, a parcel containing clothing inventory for my ethnic clothing business was delivered by the defendant(s) to the wrong person at my address. This was after I had notified the post office at least two months prior to that I did not want any packages that could not fit in my mailbox delivered to my address unless I be notified of the existence of any such package...

SIGNATURE OF PLAINTIFF X Emoro Efetie
DATE 10/16/03

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
[x] The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
[x] above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
[ ] above defendant(s) is (are) serving in the military

SIGNATURE OF PLAINTIFF X Emoro Efetie  DATE 10/16/03

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

**NAME AND ADDRESS OF COURT**
ROXBURY DISTRICT CT
85 WARREN ST
ROXBURY, MA 02119

**DATE AND TIME OF TRIAL:** 2/18/04 AT 2:00 PM

FIRST JUSTICE: MILTON WRIGHT
CLERK-MAGISTRATE OR DESIGNEE: T. CONNELLY

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

and I would come myself to the post office to pick it up. After this arrangement, I was notified twice of my packages and each time I went to the post office to pick them up myself. But the third time when a parcel arrived for me, it was brought to my address and given to the wrong person, who to date remains unidentified.

Enoro Efete
10/16/03

OCT 16 PM 4:16