UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMORO EFETIE,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | CIVIL ACTION<br>NO. 03-12367-PBS<br><br><br>Formerly:<br>Roxbury District Court<br>Docket No. 0302-SC-0590 |

**UNITED STATES' MOTION TO DISMISS**

As more fully demonstrated in the accompanying Memorandum in Support, the United States respectfully requests that this Court dismiss with prejudice the above-captioned matter pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.[1] The Court lacks subject matter jurisdiction where Congress has not waived sovereign immunity for tort claims arising out of the loss or failure to transmit mail and where the plaintiff has failed to exhaust his administrative remedies before filing suit. See 28 U.S.C. §§ 2680(b) and 2675(a).

---

[1] The United States further notes that other defenses to this claim, such as lack of proper service, are not waived through its omission from this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

*/s/ Christopher R. Donato*
Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3303


**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the defendant's Motion to Dismiss was served by first class mail, postage prepaid, upon the pro se plaintiff at the following address:

Emoro Efetie
80 Walnut Ave, #9
Roxbury, MA 02119

Dated: November 24, 2003     */s/ Christopher R. Donato*
                              Christopher R. Donato
                              Assistant U.S. Attorney


**Rule 7.1(A)(2) Certification**

I certify that I have conferred with the plaintiff, Emoro Efetie, on November 24, 2003, and have attempted in good faith to resolve or narrow the issue.

Dated: November 24, 2003     */s/ Christopher R. Donato*
                              Christopher R. Donato
                              Assistant U.S. Attorney