UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Emoro Efetie
        Plaintiff,                          CIVIL ACTION
                                                              NO. 03-12367-PBS
      v.

United States of America
        Defendant.

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                      November 25, 2003

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing Re: Motion to Dismiss on **January 14, 2004**, at **3:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                     By the Court,

                                                                              s/ Robert C. Alba
                                                                             Deputy Clerk

Copies to:  All Counsel