UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 10 P 2:56

U.S. DISTRICT COURT
DISTRICT OF MASS.

EMORO EFETIE,                    )
                                 )
                                 )
          Plaintiff,             )    CIVIL ACTION
                                 )    NO. 03-12367-PBS
                                 )
     v.                          )
                                 )
UNITED STATES OF AMERICA,        )
                                 )    Formerly:
          Defendant.             )    Roxbury District Court
                                 )    Docket No. 0302-SC-0590
                                 )

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original state court
pleadings received from the Clerk of the Roxbury District Court,
Suffolk County, were filed with the United States District Court.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney

Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA    02210
Tel. No. (617) 748-3303

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this day service of the
foregoing Notice of Filing has been made upon the following by
depositing a copy in the United States mail, postage prepaid to
Emoro Efetie, 80 Walnut Street #9, Roxbury, MA 02119.

Christopher R. Donato
Assistant U.S. Attorney

Dated: December 10, 2003

| Small Claims DOCKET | DOCKET NUMBER 200302SC000590 | Trial Court of Massachusetts District Court Department |
|---|---|---|

CASE NAME
**EMORO EFETIE vs. MICHAEL HIGGINS**

CURRENT COURT

Boston Municipal Court, Roxbury Div.
85 Warren Street
Roxbury, MA 02119-3294
(617) 427-7000

| ASSOCIATED DOCKET NO. | DATE FILED 10/16/2003 | DATE DISPOSED 00/00/0000 | |
|---|---|---|---|

PLAINTIFF(S)

P01   EMORO EFETIE
    80 WALNUT AVE., #9
    BOSTON, MA 02119
    (617) 541-2949

PLAINTIFF'S ATTORNEY

DEFENDANT(S)/OTHER SINGLE PARTIES

D01   MICHAEL HIGGINS
    UNITED STATES POSTAL SERVICE
    55 ROXBURY ST.
    BOSTON, MA 02119
    (617) 427-4898

D02   MANAGER CUSTOMER SERVICES OPERATIONS AREA III

DEFENDANT'S ATTORNEY

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 10/20/2003 | Statement of Small Claim entered on 10/16/2003 at Boston Municipal Court, Roxbury Div.. |
| 2 | 10/20/2003 | Filing fee of $30.00 and surcharge of $10.00 paid (G.L. c.218 §22; 262 §4C). |
| 3 | 10/20/2003 | MAGISTRATE TRIAL SCHEDULED for 02/18/2004 02:00 PM . |
| 4 | 10/20/2003 | Small claim notice of trial issued to plaintiff(s) by first class mail , and to defendant(s) by certified and first class mail (Uniform Small Claims Rule 3(a)). |
| 5 | 10/20/2003 | Notice of next event sent to parties. |
| 6 | 11/12/2003 | Return of service on small claim notice of trial to D02  MANAGER CUSTOMER SERVICES OPERATIONS AREA III : Certified mail returned DELIVERED; signed receipt returned . |
| 7 | 11/12/2003 | Return of service on small claim notice of trial to D01  MICHAEL HIGGINS : Certified mail returned DELIVERED; signed receipt returned . |

| Page 1 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK  X | DATE 12/8/03 |
|---|---|---|---|

Date/Time Printed: 12/08/2003 02:51 PM

| STATEMENT OF SMALL CLAIM<br>AND NOTICE OF TRIAL | Court<br>Use Only → | 0302SC0590 | Trial Court of Massachusetts<br>Small Claims Session |

**PART 1**
☐ BOSTON MUNICIPAL COURT   ☑ DISTRICT COURT  **ROXBURY** Division   ☐ HOUSING COURT ___ Division

OCT 16 PM 4:15

**PART 2**
PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE

EMURO EFETIE
85 WALNUT AVE, #7
ROXBURY, MA 02119

PHONE NO. (617) 541-2949

PLAINTIFF'S ATTORNEY (if any)
Name: _____
Address: _____

PHONE NO: _____   BBO NO: _____

**PART 3**
DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE

MICHAEL HIGGINS
UNITED STATES POSTAL SERVICE
55 ROXBURY ST, ROXBURY, MA 02119

PHONE NO. (617) 427-4898

ADDITIONAL DEFENDANT (if any)
Name: MANAGER, CUSTOMER SERVICE OPERATIONS AREA III
Address: UNITED STATES POSTAL SERVICE 25 DORCHESTER AVE, RM 4007 BOSTON, MA 02205-9200

PHONE NO: (617) 654-5465

**PART 4**
**PLAINTIFF'S CLAIM.** The defendant owes $ _1640.00_ plus $ _40.00_ court costs for the following reasons: Give the date of the event that is the basis of your claim.

On July 3rd, 2003, a parcel containing clothing inventory for my ethnic clothing business was misdelivered by the defendant(s) to the wrong person at my address. This was after I had notified the post office at least two months prior to this, that I did not want any packages that could not fit in my mailbox delivered to my address. I asked to be notified of the existence of any such parcel

SIGNATURE OF PLAINTIFF X _Emuro Efetie_   DATE _10/16/03_

**PART 5**
**MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☑ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**
**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☑ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X _Emuro Efetie_   10/16/03
SIGNATURE OF PLAINTIFF   DATE

**NOTICE OF TRIAL**

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT
ROXBURY DISTRICT CT.
85 WARREN ST.
ROXBURY, MA 02119

DATE AND TIME OF TRIAL
2/18/04 AT 2:00 PM
DATE      TIME
ROOM NO.

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

COURT USE ONLY

COURT COPY

FIRST JUSTICE   MILTON WRIGHT   CLERK-MAGISTRATE OR DESIGNEE   J. CONNELLY

**INSTRUCTIONS FOR FILING A SMALL CLAIM** — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (01/02)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

and I would come myself to the post office to pick it up. After this arrangement, I was notified twice of my packages and each time I went to the post office to pick them up myself. But the third time when a parcel arrived for me, it was brought to my address and given to the wrong person, who to date remains unidentified.

Emeso Efetie
10/16/03

OCT 16 PM 4:16

| **NOTICE OF NEXT EVENT** | DOCKET NUMBER<br>**200302SC000590** | **Trial Court of Massachusetts**<br>**District Court Department** | |
|---|---|---|---|
| CASE NAME   **EMORO EFETIE vs. MICHAEL HIGGINS** | | | |

| PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED<br><br>   COURT COPY | CURRENT COURT<br>Boston Municipal Court, Roxbury Div.<br>85 Warren Street<br>Roxbury, MA 02119-3294<br>(617) 427-7000 | |
|---|---|---|
| ATTORNEY FOR PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED<br><br>   COURT COPY | MAGISTRATE TRIAL SCHEDULED for<br>02/18/2004 02:00 PM . | ⟵⟵⟵⟵<br>WHEN<br>YOU<br>MUST<br>APPEAR<br>⟵⟵⟵⟵ |
| | ROOM/SESSION | |

## TO THE PARTIES TO THIS CASE:

The nature, date and time of the next scheduled event concerning this case is indicated above.

**You are required to be present at this event.**

If this next event is occurring in a Small Claims case, and you have good reason to request the Court to reschedule this event for another date, you should immediately contact the opposing party(ies) and request their consent to your request. You should then promptly write the Clerk-Magistrate, indicating the reason for your request and whether or not the other party(ies) has consented. Please note that the granting of a continuance is not automatic even when all the parties agree.

If this next event is occurring in any case type other than Small Claims, and you have good reason to request the court to reschedule this event for another date, such request must be made by motion in accordance with the applicable court rule.

Addtional Comments (if any):

| DATE ISSUED<br>10/20/2003 | CLERK-MAGISTRATE/ASST. CLERK<br><br>**X** |
|---|---|

Date/Time Printed:   10/20/2003 09:26 AM

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7001 1140 0000 9158 1497

Sent To *MANAGER CUSTOMER SERVICES*
Street, Apt. No.; or PO Box No. *Operations Area III USPS*
*25 Dorchester AVR. RM. 4007*
City, State, ZIP+4 *BOSTON, MA 02205-9200*

PS Form 3800, January 2001          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7001 1140 0000 9158 1480

Sent To *MICHAEL HIGGINS     USPS*
Street, Apt. No.; or PO Box No. *55 ROXBURY ST.*
City, State, ZIP+4 *ROXBURY, MA 02119*

PS Form 3800, January 2001          See Reverse for Instructions



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

November 24, 2003

Civil Clerk's Office - Small Claims Division
Roxbury District Court
85 Warren Street
Roxbury, MA 02119

Re:  <u>Emoro Efetie v. Michael Higgins, United States Postal</u>
     <u>Service</u>
     Docket No. 0302-SC-0590

To whom it may concern:

Enclosed, please find, the United States' Notice of Filing a
Notice of Removal from this Court to the United States District
Court for the District of Massachusetts along with a certified
copy of the Notice of Removal to the United States District Court
in the above-referenced matter.

In furtherance of removing this matter to the U.S. District
Court, I respectfully request that you mail certified copies of
all pleadings filed in this case to the undersigned at the above
address, within fifteen (15) days.  As you may know, under the
Rules for the District of Massachusetts, all certified copies of
pleadings must be filed with the Clerk of the United States
District Court within thirty (30) days.

Thank you for your time and attention to this request.  If
you have any questions or comments, please do not hesitate to
contact the undersigned at (617) 748-3303.

Respectfully,

Christopher R. Donato
Assistant U.S. Attorney

7001 1140 0000 9158 1480

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

Roxbury District Court
Civil - Small Claims Division
Docket No. 0302-SC-0590

EMORO EFETIE,                        )
                                     )
                                     )
              Plaintiff,             )
                                     )
     v.                              )
                                     )
MICHAEL HIGGINS,                     )
UNITED STATES POSTAL SERVICE,        )
                                     )
              Defendant.             )
_____)

## NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that on November 24, 2003, a Notice of Removal of the above-captioned matter was filed with the Clerk of the United States District Court for the District of Massachusetts. This case has been assigned civil action number **03-12367-PBS**. The notice was filed by the United States on behalf of the above-named defendant who is an employee of the United States Postal Service.

Please take further notice that, as provided by 28 U.S.C. § 1446(d), the Roxbury District Court "shall proceed no further unless and until the case is remanded."

A certified copy of the Notice of Removal is attached.


                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                              Christopher R. Donato
                              Assistant U.S. Attorney
                              U.S. Attorney's Office
                              John Joseph Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA   02210
                              Tel. No. (617) 748-3303


## CERTIFICATE OF SERVICE

     IT IS HEREBY CERTIFIED that on this day service of the
foregoing Notice of Filing Notice of Removal to United States
District Court for the District of Massachusetts has been made
upon the following by depositing a copy in the United States
mail, postage prepaid to:

Emoro Efetie
80 Walnut Ave, #9
Roxbury, MA 02119


                              Christopher R. Donato
                              Assistant U.S. Attorney

Dated: November 24, 2003


2

I HEREBY ATTEST AND CERTIFY ON 1-24-07
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY CUSTODY.

CLERK U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY:

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

EMORO EFETIE, )
)
)
Plaintiff, )  CIVIL ACTION
)  NO.
v. )
)  **03 12367 PBS**
UNITED STATES OF AMERICA, )
)  Formerly:
Defendant. )  Roxbury District Court
)  Docket No. 0302-SC-0590
)

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to 28 U.S.C. §§ 1441, 1442, and 1446, defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby gives notice of its removal of this lawsuit to the United States District Court for the District of Massachusetts. As grounds for removal, defendant states as follows:

1.    Emoro Efetie, the pro se plaintiff, filed this action in the Small Claims Division of the Roxbury District Court for the Commonwealth of Massachusetts on or about October 16, 2003 entitled Emoro Efetie v. Michael Higgins, United States Postal Service, Docket No. 0302-SC-0590[1].

2.    This action is removable to the United States District

---

[1]  Since this claim falls under 28 U.S.C. § 2679, the Federal Tort Claims Act, the United States of America is the only proper party and the caption for removal reflects this requirement. In so doing, the defendant does not waive any rights under Rule 12(b) for plaintiff's failure to name the proper party.

Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1441, 1442, and 1446. Section 1441 provides for the removal of any action brought in State Court of which the United States District Court has original jurisdiction, including but not limited to, actions founded on claims arising under any law of the United States. Plaintiff alleges claims under the Federal Tort Claims Act arising out of loss of property through the United States Postal Service.

3. The removal of this action is timely under the provisions of 28 U.S.C. § 1446(b), as plaintiff has failed to make service of the summons and complaint in accordance with 28 U.S.C. § 2410(b) and Fed. R. Civ. P. 4(i). See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999) (removal period begins only upon service of summons and complaint). To date, service of the complaint has not been made on the United States Attorney for the District of Massachusetts or the Attorney General of the United States.

2

4.  Copies of all pleadings received by the Defendant United States are attached hereto.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney


*Christopher R. Donato*
Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA    02210
Tel. No. (617) 748-3303


## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this day service of the foregoing Notice of Removal to United States District Court for the District of Massachusetts has been made upon the following by depositing a copy in the United States mail, postage prepaid to:

Emoro Efetie
80 Walnut Ave, #9
Roxbury, MA 02119

*Christopher R. Donato*
Christopher R. Donato
Assistant U.S. Attorney

Dated: November 24, 2003

3

**AND NOTICE OF TRIAL**

For Use Only → 0302SC0590

**Trial Court of Massachusetts**
**Small Claims Session**

☐ BOSTON MUNICIPAL COURT    ☑ DISTRICT COURT   ROXBURY   Division    ☐ HOUSING COURT   Division

**PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**
EMORO EFETIE
80 WALNUT AVE #9
ROXBURY, MA 02119
PHONE NO: (617) 541-2949

**PLAINTIFF'S ATTORNEY (if any)**
Name:
Address:
PHONE NO:
BBO NO.:

**DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**
MICHAEL HIGGINS
UNITED STATES POSTAL SERVICE
55 ROXBURY ST, ROXBURY, MA 02119
PHONE NO: (617) 427-9898

**ADDITIONAL DEFENDANT (if any)**
Name: MANAGER CUSTOMER SERVICE OPERATIONS AREA III
Address: UNITED STATES POSTAL SERV 25 DORCHESTER AVE RM 400 BOSTON MA 02205-9100
PHONE NO: (617) 654-5465

**PLAINTIFF'S CLAIM.** The defendant owes $ 1640.00 plus $ 40.00 court costs for the following reasons. Give the date of the event that is the basis of your claim.

On July 3rd, 2003, a parcel containing clothing inventory for my ethnic clothing business was delivered by the defendant(s) to the wrong person at my address. This was after I had notified the post office at least two months prior to this that I did not want any packages that could not fit in my mailbox delivered to my address but asked to be notified of the existence of the ___

SIGNATURE OF PLAINTIFF   X _Emoro Efetie_    DATE 10/16/03

**MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☑ The plaintiff is willing to attempt to settle this claim through court mediation.

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☑ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in the military

X _Emoro Efetie_   10/16/03
SIGNATURE OF PLAINTIFF    DATE

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

**NAME AND ADDRESS OF COURT**
ROXBURY DISTRICT CT
85 WARREN ST
ROXBURY, MA 02119

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

**DATE AND TIME OF TRIAL**
2/18/04 DATE   AT 2:00 PM TIME

FIRST JUSTICE MILTON WRIGHT    CLERK-MAGISTRATE OR DESIGNEE J. CONNELLY    ROOM NO.

**INSTRUCTIONS FOR FILING A SMALL CLAIM** — You must complete Parts 1-6 of this form. See instructions on reverse.

NOV. 19. 2003 11:12AM   NO.594   P.4/5

and I would come myself to the post office to pick it up. After this arrangement, I was notified twice of my packages and each time I went to the post office to pick them up myself. But the third time when a parcel arrived for me, it was brought to my address and given to the wrong person, who to date remains unidentified.

Enoro Efete
10/16/03

OCT 16 PM 4:16